No. 389. FLORIDA EX REL. HICKS-KESSLER FLYING SCHOOL, INC. *v.* HOLT, CIRCUIT COURT JUDGE. Supreme

Court of Florida. Certiorari denied. *T. J. Blackwell* for petitioner. *William C. Gaither* for respondent.